1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       E-Mail: Susan.Phan@usdoj.gov

8  Attorneys for the Plaintiffs

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 11-0298 RS
                                     )
15         Plaintiff,                )
                                     )
16         v.                        )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME UNDER 18**
17  GILBERTO ANDRACA-CARDENAS,       )   **U.S.C. § 3161**
                                     )
18         Defendant.                )
                                     )
19  _____ )

20
            The defendant appeared for a status conference before this Court on September 6, 2011.
21
    The defendant requested that this matter be continued to October 4, 2011.  The defendant is
22
    waiting for transcripts from Hayward Superior Court.  These transcripts will help determine the
23
    validity of the defendant's underlying removal which could affect the current prosecution.  The
24
    Government did not object to the continuance.  The parties have agreed to exclude the period of
25
    time between September 6, 2011 to October 4, 2011, from any time limits applicable under 18
26
    U.S.C. § 3161.  The parties  represented that granting the exclusion would allow the reasonable
27
    time necessary for effective preparation and continuity of counsel.  *See* 18 U.S.C. §
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0298 RS

1   3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice

2   served by granting such an exclusion of time outweigh the best interests of the public and the

3   defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings

4   consistent with this agreement.

5   SO STIPULATED:

6

7                               MELINDA HAAG
                              United States Attorney

8

9   DATED: September 22, 2011             /s/
                              SUSAN PHAN

10                               Special Assistant U.S. Attorney

11

12   DATED: September 22, 2011             /s/
                              STEVEN KALAR

13                               Attorney for GILBERTO ANDRACA-CARDENAS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[~~PROPOSED~~] ORDER

2    For the reasons stated above at the September 6, 2011 status conference, the Court finds

3    that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from

4    September 6, 2011 to October 4, 2011 is warranted and that good cause exists, and  the ends of

5    justice served by the continuance outweigh the best interests of the public and the defendant in a

6    speedy trial.  18 U.S.C. §3161(h)(7)(A).

7

8    IT IS SO ORDERED.

9

10   DATED:____9/23/11_____                    _____
                                                  RICHARD SEEBORG
11                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28